[No. 41535-6-II. Division Two. July 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ANGUIANO-ALCAZAR, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01641-1, Richard A. Melnick, J., entered November 23, 2010. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 41612-3-II. Division Two. July 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW VERNON PRICE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00301-3, Gordon Godfrey, J., entered December 13, 2010. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[Nos. 41777-4-II; 42017-1-II. Division Two. July 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JD JONES BARTON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00727-1, Anne Hirsch, J., entered June 17, 2010. *Remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 41807-0-II. Division Two. July 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MELCHESTER PHILLIPS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03526-7, Brian M. Tollefson, J., entered February 24, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Johanson, JJ.